1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF WASHINGTON

7    CAROLYN WERRE,

                                                    NO:  2:15-CV-0262-TOR
8                                Plaintiff,

                                                    ORDER OF DISMISSAL WITH
9            v.                                      PREJUDICE

10   AMERICAN INDIAN COMMUNITY
     CENTER; FRANCIS DEVEREAUX,
11   individually and as Executive Director
     of the American Indian Community
12   Center; and SOPHIE TONASKET,
     individually and as former Executive
13   Director of the American Indian
     Community Center,
14
                                Defendants.
15

16          BEFORE THE COURT is the parties' Stipulation for Order of Dismissal

17   With Prejudice (ECF No. 36).  The parties have stipulated that all of the claims

18   against all of the defendants should be dismissed with prejudice and without an

19   award of costs or attorney's fees to either party.

20   //

     ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, any

3  and all claims against the Defendants are hereby **DISMISSED** with prejudice and

4  without an award of costs or attorney's fees to either party.

5      The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7      **DATED** April 3, 2017.

8

9  

10                THOMAS O. RICE
          Chief United States District Judge

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2